UNITED STATES DISTRICT C0URT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

LANDMAN

        Plaintiff,

-v-                                                        ORDER
                                                                 CV-05-804(TCP)

ICS SYSTEM, INC.

        Defendant.

--------------------------------------------------------X

        Before the Court is Defendant ICS System, Inc's motion to dismiss and a cross motion by Plaintiff, Steven Z. Landman ,to file an amended complaint [DE 16] filed on June 14, 2006. The Court hereby GRANTS plaintiff's motion and DENIES defendant's motion.

        IT IS FURTHER ORDERED Plaintiff shall file an amended complaint within 30 days of the date of this order. Defendant shall file an answer or move to dismiss within 20 days of that filing date. The parties are instructed to read and comply with the Individual Rules of this Court. No motion papers should be filed without a scheduled oral argument date. When the motion is fully briefed the parties will communicate with the Judge's Case Manager to set up an oral argument date. The fully briefed motion will be filed ten days prior to the scheduled oral argument date.

                                                                                                                /s/
                                                                                                      Thomas C. Platt
                                                                                                     U.S. District Judge

Dated: Central Islip, NY
        November 17, 2006